IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff/Respondent, )<br>)<br>vs. )<br>)<br>ALFRED FRANCIS CHARETTE, )<br>)<br>Defendant/Movant. ) | Cause No. CR 05-39-GF-SEH<br>CV 11-08-GF-SEH<br><br>ORDER DISMISSING MOTION AND<br>DENYING CERTIFICATE OF<br>APPEALABILITY |

Yet again, this case comes before the Court on Defendant Alfred Charette's uncertified successive motion under 28 U.S.C. § 2255. He purports to file in the Missoula Division, but he is challenging a conviction obtained in the Great Falls Division and cannot change the venue now. Nothing about this case has changed since the Court entered its Order dismissing Charette's last uncertified successive § 2255 motion on December 14, 2010.

**ORDERED:**

1. Charette's successive § 2255 motion (doc. 138) is DISMISSED for lack of

jurisdiction as uncertified.

    2. A certificate of appealability is DENIED.

    3. The Clerk of Court is directed to enter, by separate document, a judgment of dismissal in the civil case.

DATED this 25th day of January, 2011.

*/s/ Sam E. Haddon*
Sam E. Haddon
United States District Judge