
FILED

MAR 19 2013

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | ) | Cause No. CR 05-39-GF-SEH |
| --- | --- | --- |
| | ) | CV 13-26-GF-SEH |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | ORDER DISMISSING MOTION |
| | ) | AND DENYING CERTIFICATE |
| ALFRED FRANCIS CHARETTE, | ) | OF APPEALABILITY |
| | ) | |
| Defendant/Movant. | ) | |

**ORDERED:**

Charette's "Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255" (doc. 147) is DISMISSED for lack of jurisdiction as an uncertified successive motion, a certificate of appealability is DENIED, and the Clerk of Court shall enter, by separate document, a judgment of dismissal in the civil case. See Orders (docs. 135, 137, 140, 145).

DATED this 19th day of March, 2013.

Sam E. Haddon
United States District Judge