
FILED
MAY 29 2013
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>ALFRED FRANCIS CHARETTE,<br><br>Defendant/Movant. | Cause No. CR 05-39-GF-SEH<br>CV 13-42-GF-SEH<br><br>ORDER DISMISSING MOTION<br>AND DENYING CERTIFICATE<br>OF APPEALABILITY |

**ORDERED:**

Charette's "Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255" (doc. 150) is DISMISSED for lack of jurisdiction as an uncertified successive motion, a certificate of appealability is DENIED, and the Clerk of Court shall enter, by separate document, a judgment of dismissal in the civil case. See Orders (docs. 135, 137, 140, 145, 149).

DATED this 29th day of May, 2013.

Sam E. Haddon
United States District Judge