
FILED
JUL 25 2013
Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>ALFRED FRANCIS CHARETTE,<br><br>Defendant/Movant. | Cause No. CR 05-39-GF-SEH<br>CV 13-61-GF-SEH<br><br>ORDER DISMISSING MOTION<br>AND DENYING CERTIFICATE<br>OF APPEALABILITY |

On July 25, 2013, Defendant/Movant Charette filed still more documents seeking relief from his conviction.

Charette has been informed time and time again that this Court lacks jurisdiction even to consider a second challenge to the same conviction he has already challenged. *Burton v. Stewart*, 549 U.S. 147, 149 (2007) (per curiam). He must demonstrate his purported "actual innocence" to the Ninth Circuit Court of Appeals, not to this Court. 28 U.S.C. § 2255(h), 2244(b)(2). This Court is without jurisdiction to act.

1

**ORDERED:**

Charette's new documents (doc. 154) are RECHARACTERIZED and DISMISSED for lack of jurisdiction as an uncertified successive motion. A certificate of appealability is DENIED. The Clerk of Court shall enter, by separate document, a judgment of dismissal in the civil case. *See* Orders (docs. 135, 137, 140, 145, 149, 151, 153).

DATED this 25th day of July, 2013.

Sam E. Haddon
United States District Judge